McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK. CABN 131517
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8976
    Facsimile:  (415) 744-0134
    E-Mail: jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAMELA BROWN, | CIVIL NO. 2:06-2016 KJM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is June 11, 2007. The new due date will be July 11, 2007.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 4 , 2007            /s/ Tony Arjo
                                (As authorized via facsimile)
                                TONY ARJO
                                Attorney for Plaintiff

Dated: June 4  , 2007           McGREGOR W. SCOTT
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ Jean M. Turk
                                JEAN M. TURK
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  June 8, 2007.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time