```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK, SBN CA 131517
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: jean.turk@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PAMELA BROWN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-2016<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

      Plaintiff filed a subsequent application for Title XVI benefits on September 26, 2006, and a determination was made that she became disabled as of that date.  Upon remand, the Appeals Council will consider the subsequent determination under the provisions of the Hearing, Appeals and Litigation

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Law Manual (HALLIX) § I-5-3-17 (Instructions for Processing Subsequent Disability Claims While a Prior Claim is Pending Review at the Appeals Council).

Upon remand, the administrative law judge shall comply with any instructions from the Appeals Council regarding the disposition of the subsequent determination and its effect on the pending claim. If applicable, the ALJ will further evaluate Plaintiff's ability to perform her past relevant work, and if warranted obtain supplemental evidence from a vocational expert to determine whether there are a significant number of jobs in the national economy which Plaintiff can perform.

It is further stipulated that the administrative decision of December 15, 2004, is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: June 20, 2007

/s/ Tony Arjo
(As authorized via facsimile on June 20, 2007)
TONY ARJO
Attorney for Plaintiff

Dated: June 15, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jean M. Turk
JEAN M. TURK
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: June 22, 2007.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order of Sentence Four Remand