McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK. CABN 131517
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8976
    Facsimile:  (415) 744-0134
    E-Mail: jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA BROWN, | Case No.   2:06 CV-2016 KJM |
|     Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
|     v. | |
| MICHAEL J. ASTRUE[1], | |
| Commissioner of Social Security, | |
|     Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND FORTY-FIVE

---

[1] On February 1, 2007, Michael J. Astrue was confirmed by the Senate on February 1, 2007, to be the Commissioner of Social Security. He was confirmed for a six year term that ends January 19, 2013.

DOLLARS and 00/cents ($3,045.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  August 2, 2007.

_____
U.S. MAGISTRATE JUDGE